# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY JONES, SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEHIGH SOUTHWEST CEMENT ) <br> COMPANY, INC., a California ) <br> Corporation and DOES 1-10, ) <br> ) <br> Defendants. ) <br> ) | NO. 1:12-CV-00633 AWI JLT <br><br> ORDER VACATING HEARING DATE OF JUNE 4, 2012, AND TAKING MATTER UNDER SUBMISSION |

Defendant LEHIGH SOUTHWEST CEMENT COMPANY, INC., has noticed for hearing and decision a motion to dismiss the Complaint. The matter was scheduled for hearing to be held on June 4, 2012. Pursuant to Local Rule 230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than May 21, 2012. Plaintiff failed to do so, apparently because he was anticipating the Magistrate Judge's ruling on the pending motion to remand. In the interests of justice, the court will grant Plaintiff until June 8, 2012, to file an opposition to the motion to dismiss. Any reply may be filed by June 18, 2012.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 4, 2012 is VACATED, and no party shall appear at that time. As of June 18, 2012, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: May 31, 2012

CHIEF UNITED STATES DISTRICT JUDGE