UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY JONES, SR., ) | Case No.: 1:12-cv-00633 - AWI - JLT |
| Plaintiff, ) | |
| ) | ORDER CONSTRUING MOTION TO AMEND AS THE FIRST AMENDED COMPLAINT |
| v. ) | |
| ) | (Doc. 29) |
| LEHIGH SOUTHWEST CEMENT ) COMPANY, INC., ) | |
| Defendant. ) | |

On July18, 2012, the Court granted Defendants' motion to dismiss with 30 days leave to amend. (Doc. 27) On August 20, 2012, Plaintiff filed a document entitled "Motion to Amend Complaint: Motion to Amend Original Complaint." (Doc. 29) Review of the document makes clear that Plaintiff is not moving the Court for leave to amend. Indeed, doing so would make little sense given the Court has granted him leave to amend the complaint already. Instead, the document appears to be Plaintiff's amended.

///

///

///

1

Therefore, the Court will construe the motion to amend (Doc. 29) as Plaintiff's First Amended Complaint. Defendants SHALL file their responsive pleading within 20 days of the date of this order.

IT IS SO ORDERED.

Dated:  **August 22, 2012**                             **/s/ Jennifer L. Thurston**
                                                                                  UNITED STATES MAGISTRATE JUDGE