1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 WILLIAM RAY JONES, SR., ) | Case No.: 1:12-cv-00633 - AWI - JLT |
| 12 Plaintiff, ) | ORDER CONSTRUING MOTION TO AMEND AS |
| | ) THE FIRST AMENDED COMPLAINT |
| 13 v. ) | |
| | ) (Doc. 29) |
| 14 LEHIGH SOUTHWEST CEMENT ) | |
| COMPANY, INC., ) | |
| 15 ) | |
| 16 Defendant. ) | |
| 17 _____ ) | |

18

19        On July18, 2012, the Court granted Defendants' motion to dismiss with 30 days leave to

20 amend.  (Doc. 27)  On August 20, 2012, Plaintiff filed a document entitled "Motion to Amend

21 Complaint: Motion to Amend Original Complaint."  (Doc. 29)  Review of the document makes clear

22 that Plaintiff is not moving the Court for leave to amend.  Indeed, doing so would make little sense

23 given the Court has granted him leave to amend the complaint already.  Instead, the document appears

24 to be Plaintiff's amended.

25 ///

26 ///

27 ///

28

1    Therefore, the Court will construe the motion to amend (Doc. 29) as Plaintiff's First Amended

2  Complaint.  Defendants SHALL file their responsive pleading within 20 days of the date of this order.

3

4  IT IS SO ORDERED.

5    Dated:   **August 22, 2012**              **/s/ Jennifer L. Thurston**

6                                          UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28