UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY JONES, SR.,<br><br>        Plaintiff,<br><br>   v.<br><br>LEHIGH SOUTHWEST CEMENT COMPANY, INC.,<br><br>        Defendant. | Case No.: 1:12-cv-00633 - AWI - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 20) |

      Plaintiff William Jones, Sr. ("Plaintiff") filed an "application to proceed in District Court without prepaying fees or costs." (Doc. 20). The Court "may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal . . . without prepayment of fees..." 28 U.S.C. § 1915(a). A party seeking to proceed *in forma pauperis* must submit "an affidavit that . . . the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Because Plaintiff's application satisfies the requirements of 28 U.S.C. § 1915(a), it is **GRANTED**.

IT IS SO ORDERED.

    Dated:  **January 4, 2013**                              **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE