UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM RAY JONES SR., | ) | 1: 12-CV-00633-AWI-JLT |
| Plaintiff, | )<br>) | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | ) | |
| LEHIGH SOUTHWEST CEMENT COMPANY, INC., | )<br>)<br>) | (Doc. 64) |
| Defendant. | )<br>) | |

  Plaintiff is involved in a second action, Jones v. United Steelworkers, Case. No. 1:12-cv-1463-AWI-JLT, which appeared to the Court to involve the same events as this matter and seemed to include overlapping questions of fact. As a result, on July 11, 2013, the Court ordered the parties to show cause in writing, why the matters should not be consolidated with Jones v. United Steelworkers, Case. No. 1:12-cv-1463-AWI-JLT, for all purposes, including discovery and trial.

  Plaintiff failed to respond in this case, but responded in the other. Though entitled, "Motion Against Bifurcation: Combining Cases," the bulk of this document complains about the treatment he received by counsel, rather than addressing whether the matters should be consolidated. In both of the cases, Defendants object to consolidation for trial and argue that the limited factual overlap and the nonexistent legal overlap present the risk of jury confusion and undue waste of time.

1    Based upon the arguments presented, the Court declines to consolidate the matters at this time.
2 The parties SHALL cooperate in discovery efforts to minimize duplication of effort and the matters
3 remain related but the matters are not consolidated for discovery purposes at this time.

5 IT IS SO ORDERED.

6    Dated:   **August 5, 2013**                          **/s/ Jennifer L. Thurston**
7                                                        UNITED STATES MAGISTRATE JUDGE