1

2

3

4

5

6

7

8                                    **UNITED STATES DISTRICT COURT**

9                                    **EASTERN DISTRICT OF CALIFORNIA**

10

11    WILLIAM RAY JONES, SR.,                    )    Case No.: 1:12-cv-00633 - AWI - JLT
                                                 )
12                    Plaintiff,                 )    ORDER DISREGARDING THE REQUEST FOR
                                                 )    REVIEW OF SECURITY FILM
13            v.                                 )
                                                 )    (Doc. 70)
14    LEHIGH SOUTHWEST CEMENT                    )
      COMPANY, INC.,                             )
15                                               )
                      Defendant.                 )
16                                               )

17

18            On August 15, 2013, Helena Jones, wife of Plaintiff William Jones, Sr., filed a request for a

19    review of the Court's security film for July 24, 2013.  (Doc. 70).  Ms. Jones, who is not a party to this

20    action, asserts review of the film footage is necessary to establish that she and Plaintiff filed Plaintiff's

21    initial disclosure at the courthouse in this action on that date, because she did not see the filing on

22    PACER.  *Id.*

23            First, Mrs. Jones is not a party in this case and lacks standing to file motions in this action.

24    Second, Plaintiff's filing *was* filed on July 23, 2013 and *is* reflected on the docket at entry number 69.[1]

25

26    ────────────────────

27    [1] Plaintiff is reminded that discovery documents *are not* to be filed with the Court. (Fed. R. Civ. P. 5(d)(1) **"[D]isclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed** until they are used in

28    the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission.) Thus, discovery documents may be filed *only* when they constitute evidence

                                                    1

1    Therefore, the request for review of the Court's security film is **DISREGARDED**.

2

3  IT IS SO ORDERED.

4    Dated:    **August 19, 2013**                        **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  supporting a motion or the Court otherwise orders.  **Any further discovery documents sought to be filed will be rejected.**