**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WILLIAM RAY JONES, SR.,** | **1:12-CV-0633 AWI JLT** |
| **Plaintiff,** | |
| vs. | **ORDER VACATING HEARING DATE OF APRIL 7, 2014, AND TAKING MATTER UNDER SUBMISSION** |
| **LEHIGH SOUTHWEST CEMENT COMPANY, INC., a California Corporation; And DOES 1-50,** | |
| **Defendant.** | |

    In this action for damages, defendant Lehigh Southwest Cement Company ("Defendant") has noticed and filed a motion for summary judgment on all claims by Plaintiff William Ray Jones, Sr. ("Plaintiff"). The matter was scheduled for hearing to be held on April 7, 2014. The court has reviewed Defendant's motion, Plaintiff's opposition and Defendant's reply and has determined that the matter is suitable for decision without oral argument. Local Rule 78-230(h).

    THEREFORE, it is hereby ORDERED that the hearing date of April 7, 2014, is hereby VACATED and no party shall appear on that date. As of April 7, 2014, the court will take the matter under submission and will thereafter render its decision.

IT IS SO ORDERED.

1 | Dated:   April 2, 2014
2 |                                     SENIOR  DISTRICT  JUDGE