UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

WILLIAM RAY JONES SR.,

       Plaintiff,

vs.

LEHIGH SOUTHWEST CEMENT
COMPANY, INC.,

       Defendant.
_____/

**AMENDED JUDGMENT IN A CIVIL CASE**

CASE NO:   **1:12-cv-00633-AWI-JLT**

**Decision by the Court Following Motion for Judgment.** A party to this action moved for judgment as a matter of law. The matter was taken under submission upon written pleadings of the parties without oral argument. After due consideration, a decision on the motion was rendered and the reasons therefore set forth.

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/16/2014.**

                Marrianne Matherly
                Clerk of Court

DATED: May 27, 2014

                /s/ RENEE GAUMNITZ
        By:   Renee Gaumnitz,
               Deputy Clerk