IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY JONES, SR., <br><br> **Plaintiff,** <br><br> vs. <br><br> LEHIGH SOUTHWEST CEMENT COMPANY, INC., a California Corporation; And DOES 1-50, <br><br> **Defendant.** | 1:12-CV-0633 AWI JLT <br><br><br> **ORDER VACATING HEARING OF JULY 28, 2014 AND TAKING MATTER UNDER SUBMISSION** |

  In this action for damages the court granted the motion of defendant Lehigh Southwest Cement, Co. ("Defendant") for summary judgment on all claims by plaintiff William Ray Jones, Sr. ("Plaintiff"). On June 25, 2014, Plaintiff moved for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. The matter was set for oral argument to be held on July 28, 2014. The court has reviewed Plaintiff's motion and Defendant's opposition and finds that the matter is suitable for decision without oral argument. Local Rule 78-230(h).

  THEREFORE, it is hereby ORDERED that the hearing date of July 28, 2014, is hereby VACATED and no party shall appear on that date. As of July 28, 2014, the court will take the matter under submission and will thereafter render its decision.

IT IS SO ORDERED.

Dated:   July 25, 2014         _____

                   SENIOR DISTRICT JUDGE