1

2

3           **UNITED STATES DISTRICT COURT**

4           **EASTERN DISTRICT OF CALIFORNIA**

5

6  **WILLIAM RAY JONES, SR.,**                **CASE NO. 1:12-CV-633 AWI JLT**

7              **Plaintiff**

8              **v.**                          **ORDER ON ORDER TO SHOW CAUSE AND ORDER FORBIDDING FILINGS OR COMMUNICATION**

9  **LEHIGH SOUTHWEST CEMENT COMPANY, INC.,**

10             **Defendant**

11

12

13

14         This was an employment related dispute between Plaintiff and his former employer.  On

15 July 9, 2015, the undersigned issued an order to show cause to Plaintiff William Ray Jones, Sr.

16 ("Mr. Jones") and his wife, Helene Jones ("Mrs. Jones"), (collectively "the Joneses").  The order

17 to show cause ordered the Joneses to show cause why they should not be sanctioned under the

18 Court's inherent authority with respect to numerous communications from the Joneses that

19 accused Court personnel of fraud and forging orders.  (Doc. 107).  The Court also ordered Mr.

20 Jones to show cause why Rule 11 sanctions should not be imposed against him for filing a second

21 motion for reconsideration that alleged court personnel had unlawfully colluded and forged orders.

22 (Doc. 107).  Hearing on the order to show cause was held on July 20, 2015, before the

23 undersigned.  Neither Mr. Jones or Mrs. Jones were present at the hearing and the court is aware

24 of no communication or attempted communication from the Joneses to explain their failure to

25 attend the hearing.  This order memorializes the findings and order of the Court that occurred at

26 the hearing.

27 //

28 //

//

## Legal Standards

In pertinent part, Rule 11(b) reads:

By presenting to the court a pleading, written motion, or other paper--whether by signing, filing, submitting, or later advocating it--an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

> (1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
> . . . .

> (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery;

Fed. R. Civ. Pro. 11(b)(1), (3).  Thus, Rule 11 imposes a duty on litigants to certify that (1) they have read the pleadings or motions they file, and (2) the pleading or motion is grounded in fact, has a colorable basis in law, and is not filed for an improper purpose.  See Smith v. Ricks, 31 F.3d 1478, 1488 (9th Cir.1994).   A court considering whether to impose sanctions under Rule 11 should consider whether the position taken was "frivolous," "legally unreasonable," or "without factual foundation, even if not filed in subjective bad faith."  Zaldivar v. City of Los Angeles, 780 F.2d 823, 831 (9th Cir.1986).

Furthermore, courts are "endowed with inherent powers which are necessary to the conduct of their business, including the power to sanction."  Yagman v. Republic Ins., 987 F.2d 622, 628 (9th Cir. 1993).  A court has the inherent authority to issue sanctions against parties and non-parties to an action based on their conduct.  In re Rainbow Magazine, Inc., 77 F.3d 278, 282 (9th Cir. 1996); Corder v. Howard Johnson & Co., 53 F.3d 225, 232 (9th Cir. 1995); Eleanora J. Dietlein Trust v. Am. Home Mortg. Inv. Corp., 2014 U.S. Dist. LEXIS 143237, *4 (D. Nev. Oct. 7, 2014); Bartos v. Pennsylvania, 2010 U.S. Dist. LEXIS 43937, *14-*15 (M.D. Pa. May 5, 2010); Adams v. Penn Line Servs., 620 F. Supp. 2d 835, 839 (N.D. Ohio 2009).  A court's inherent powers are "governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."  Chambers v. NASCO, Inc., 501 U.S. 32, 43 (1991).  In order to impose sanctions under the court's

inherent powers, the court must make a specific finding of "bad faith or conduct tantamount to bad faith."  Gomez v. Vernon, 255 F.3d 1118, 1134 (9th Cir. 2001); Fink v. Gomez, 239 F.3d 989, 994 (9th Cir. 2000).  "Under this standard, although recklessness, of itself, does not justify the imposition of sanctions, sanctions are available when recklessness is combined with an additional factor such as frivolousness, harassment, or an improper purpose.  Sanctions, then, are justified when a party acts for an improper purpose -- even if the act consists of making a truthful statement or a non-frivolous argument or objection."  Gomez, 255 F.3d at 1134; Fink, 239 F.3d at 992, 994.  Sanctions through inherent powers "must be exercised with restraint and discretion." Chambers, 501 U.S. at 44.  "District courts have broad discretion in fashioning sanctions."  Molski v. Evergreen Dynasty Corp., 500 F.3d 1047, 1065 n.8 (9th Cir. 2007).


Findings

In his June 19, 2015 motion for reconsideration, Mr. Jones stated *inter alia*: the undersigned never "gave" Defendant summary judgment, that defense counsel committed fraud upon the Court with the knowledge of court staff (including a former and current court room deputy), that Plaintiff views the conduct of court employees as "beyond contemptible," that the conduct of court employees is "criminal," that he feels "victimized" by court employees, that each time he tried to bring this improper conduct to the attention of the court he was met with contempt by court employees, that court employees have turned the Court into a "pay for play" environment, that documents were tampered with and not presented to the court, that defense counsel committed crimes along with court employees, that court staff submitted forged documents to cause the termination of this case, that the poor grammatical structure of the summary judgment order shows that it was not actually authored by the undersigned, and that October 12, 2012 was the last time that the undersigned issued any rulings or viewed any documents pertaining to this case.  (Doc. 104).

On June 30, 2015, the Court denied Mr. Jones's second Rule 60 motion.  (Doc. 106)  The Court noted Mr. Jones's contention that the undersigned did not sign various orders and that the orders were forged through collusion between court personnel and defense counsel.  See id.  The

1   Court responded, "This contention is untrue and lacks merit."   Id.

2       Plaintiff and Mrs. Jones have sent numerous e-mails to court personnel.[1] The e-mails

3   accuse court personnel of colluding with defense counsel and issuing forged orders, including an

4   order granting Defendant summary judgment and orders denying reconsideration.

5       Some e-mails accuse court personnel of engaging in criminal conduct, violations civil

6   rights, racism, and harassment.

7       Some e-mails make threatening remarks regarding the careers of court personnel, state that

8   court personnel are corrupt, and state that the court personnel require therapy.

9       The Joneses have sent a copy of an e-mail that they sent to the Department of Justice to a

10  chambers staff member.  The e-mail complains about the staff member engaging in harassment,

11  fraud, and forgery.

12      The Joneses sent e-mails to:  the undersigned, to members of Chief Judge England's staff,

13  members of the undersigned's staff, members of Magistrate Judge Thurston's staff, and the Clerk

14  of the Court.

15      Mrs. Jones sent an e-mail on July 2, 2015, to a family member of chambers staff that *inter*

16  *alia* accused the staff member of collusion and forging orders.  Mrs. Jones's e-mail encouraged the

17  family member to exert more influence over the staff member than the alleged influence of

18  defense counsel.

19      The Jones have left messages with members of the Clerk's office and spoken with

20  members of the Clerk's office accusing court personnel, including personnel in the undersigned's

21  chambers, of causing forged orders to be issued.

22      Based on the nature of the messages and communications from the Joneses, the United

23  States Marshal Service attempted to contact the Joneses.  It is the function of the United States

24  Marshals to make contact with individuals who send irregular, abnormal, abusive, threatening,

25  and/or harassing messages that are directed at court personnel.

26      The Joneses responded to these attempts by labeling them in e-mails as acts of intimidation

27  and harassment.

28

---

[1] The Court has ordered e-mails from the Joneses to be filed as exhibits.  Each e-mail post-dates June 30, 2015.

The undersigned personally reviewed each motion and electronically signed each order in this case that bears his name, including the order on summary judgment and the orders for reconsideration.  Thus, the Joneses' allegations of fraud, forgery, collusion, racism, and harassment by Court personnel are completely false.

The Court personnel identified by Plaintiffs, including the law clerk and courtroom deputies of this chambers, did not engage in any fraudulent conduct and had nothing to do with the review, disposition, and signing of the summary judgment order and orders on Mr. Jones's motions for reconsideration.

<u>Conclusions</u>

Despite the June 30, 2015 order, the Joneses have doubled down on their allegations of fraud and forgery, do not accept orders issued after October 2012 as legitimate, and have initiated the communications described above.

The various communications sent by the Joneses to Court personnel are improper ex parte communications, consume limited judicial resources, and interfere with the functioning and operations of the Court.

The e-mail communication to a family member of the undersigned's chambers staff is harassing, an improper attempt to influence proceedings in this case, and causes the diversion of court resources.

The Joneses' continued challenge to every order that has issued from the Court in this case post-October 2012 as "forgeries" interferes with the Court's ability to resolve this and other cases.

Inasmuch as this action has been resolved on its merits by means of summary judgment and inasmuch as the undersigned has personally reviewed, approved and signed each and every order issued by this court in this action, the Joneses have no legitimate basis to continue to contact court personnel, or family members of court personnel, and make accusations of criminal, fraudulent, and collusive behavior in this case.

The allegations in the various communications and filings regarding improper conduct by court personnel, including allegations of fraud, forgery, and racism, are not based in fact, are based

1   at best on bare speculation, are harassing, abusive, frivolous, and fanciful, and were made with

2   recklessness.  That is, the Joneses' allegations and communications to the Court/court personnel

3   constitute "bad faith."  Gomez, 255 F.3d at 1134.

4          The allegations made by Mr. Jones in his June 19, 2015 motion for reconsideration

5   regarding improper and fraudulent conduct by court personnel is unreasonable and without

6   foundation.  Zaldivar, 780 F.2d at 831.

7          The proper method to challenge rulings that are perceived to be incorrect are either a type

8   of reconsideration motion (per local rules or Federal Rules of Civil Procedure 59 or 60) or an

9   appeal to the Ninth Circuit.

10         The Court has denied two reconsideration motions on the merits.  (Docs. 103, 104)

11         The Joneses' primary contention for reconsideration is collusion, fraud, and forgery by

12   court and chambers personnel.  As explained above, this contention is completely false.

13         Because the bases for reconsideration urged by Mr. Jones either have been addressed on

14   the merits or (as explained above) are false and have no legitimate basis, the Court will not accept

15   any further motions for reconsideration by Mr. Jones.

16         With one exception, the Court also will not accept any further filings from Mr. Jones in

17   this closed case.  The only exception will be filings necessary to perfect an appeal to the Ninth

18   Circuit Court of Appeals.

19         Filings by Mr. Jones in this case that do not involve perfecting an appeal to the Ninth

20   Circuit Court of Appeals will not be accepted.

21         Because of the Joneses' numerous improper communications, and in order to stop their

22   inappropriate communications and conduct, an order forbidding the Joneses from contacting court

23   personnel or the family members of any court personnel about this case (directly or indirectly and

24   by any means, including but not limited to telephone and e-mail communications), is appropriate.

25         However, Mr. Jones may communicate with members of the Clerk's office (and only

26   members of the Clerk's office) with respect to perfecting an appeal to the Ninth Circuit Court of

27   Appeals.  Clerk's office personnel need not engage the Joneses in any communications about this

28   case that do not relate to the perfecting of an appeal.

1    This order is not issued due to Mr. and Mrs. Jones's race or Mr. Jones's status as a pro se

2  litigant, rather this order is issued solely due to the unique conduct of Mr. and Mrs. Jones in

3  prosecuting this case.  The undersigned has never experienced the type of communications and

4  conduct by any litigant, pro se or otherwise, like that of the Joneses.

5    Because the Joneses have failed to appear pursuant to the court's order, a no-bail warrant

6  shall issue for the arrest of Mr. Jones and Mrs. Jones immediately.  The no-bail warrant for arrest

7  shall be stayed until 9:00 a.m. Friday, July 24, 2015, or until the Joneses contact the Court's

8  Clerk's Office to schedule an appearance, whichever occurs sooner.

9                                         ORDER

10    Accordingly, IT IS HEREBY ORDERED that:

11  1.    No further fillings will be accepted in this closed case (1:12cv633 AWI JLT) other than

12        filings that are necessary to perfect an appeal to the Ninth Circuit Court of Appeals;

13  2.    The Joneses are not to contact or communicate directly or indirectly, and by any means

14        including but not limited to telephone calls or e-mail, any court personnel or the family

15        members of any court personnel, regarding this case;

16  3.    However, as discussed above, the Joneses may contact only the Clerk's office with respect

17        perfecting an appeal to the Ninth Circuit of Appeals;

18  4.    A copy of the transcript of the July 20, 2015 hearing shall be filed on the docket, and the

19        Clerk shall send a copy of the transcript to the Joneses; and

20  5.    Execution of a no-bail warrant for the arrest of Mr. Jones and Mrs. Jones issued this date

21        shall be stayed until such time as the Joneses contact the Court Clerk's Office to schedule a

22        hearing before Judge Ishii.  The stay on the no-bail warrant shall expire as of Friday, July

23        24, 2015, at 9:00 a.m.

24

25  IT IS SO ORDERED.

26  Dated:   July 20, 2015                   _____

27                                         SENIOR  DISTRICT  JUDGE

28

                                           7

# EXHIBIT A

----- Forwarded by David Saine/CAED/09/USCOURTS on 07/07/2015 09:55 AM -----

| | |
|---|---|
| From: | <freefalling880@gmail.com> |
| To: | "aishii@caed.uscourts.gov" <aishii@caed.uscourts.gov> |
| Cc: | "lhecker@caed.uscourts.gov" <lhecker@caed.uscourts.gov> |
| Date: | 07/02/2015 05:04 PM |
| Subject: | Our : Notice for Reconsideration of Motions: 1:12-CV-00633-AWI-JLT |

Honorable Judge Anthony W. Ishii;

This is a request for a conference regarding your denying of our Motion for Reconsideration. Why would a Senior District Judge set a precedent as to allow attorney to sign his/her name to orders. Your Law Clerk, Michael Sowards, has stated that you will never be available. Judge Ishii the order you supposedly signed reads; Order On Plaintiff Second Motion For Relief From Judgment Doc # 104.

We sent your office a : Notice for Reconsideration of the Motions, and you replied with: Order On Plaintiff Second Motion For Relief From Judgment Doc# 104. Apparently there's something seriously wrong with this case and the employees handling it. A conference is very necessary !

Respectfully,

William R. Jones Sr.

EXHIBIT B

| | |
|---|---|
| From: | <freefalling880@gmail.com> |
| To: | "dsaine~~@cadd.uscourts.gov~~ <dsaine@ ~~cad.uscourts.gov~~> |
| Date: | 07/07/2015 08:43 AM |
| Subject: | Motion for Reconsideration |

Mr. Saine;

Did you not got my email, please respond. We received another forged order from Judge Ishii law clerks...this has to stop. All of our motion are being diverted by Judge Ishiii staff and if there is a lawsuit pending why is Renee Gamunitz still working for Judge Ishii. This entire system is so corrupt we are at a lost as to why this is being allowed by the supervisors of the law clerks.

EXHIBIT C



[FWD: Just_a_Word_of_Advice:_This_is_just_a_simply_message_not_a_thre at.]
bcardosa
to:
msowards
07/02/2015 09:27 PM
Hide Details
From: <bcardosa@jtwcpa.com>
To: msowards@caed.uscourts.gov

-------- Original Message --------
Subject: Just_a_Word_of_Advice:_This_is_just_a_simply_message_not_a_thre at.
From: <freefalling880@gmail.com>
Date: Thu, July 02, 2015 5:09 pm
To: "bcardosa@jtwcpa.com, bcardosa@jtwcpa.com"

Hello Bernadette,

I know you are friends with Attorney Susan Hatmaker and she is well known to your husband Michael a Law Clerk with Judge Anthony W. Ishii. The things that your husband has been involved in with Susan Hatmaker will eventually lead to his dismissal as Judge Ishii's clerk and he therefore will never, never, ever become a Federal Judge.

Mr. Sowards knows exactly what he did, and as his (loving wife) perhaps you can let him know that is family is more important than Susan Hatmaker. Forging court orders in Judge Ishii name, I just could not figure which one of his clerks was helping Hatmaker. Until his dumb ass sent a order on June 30, 2015, supposedly signed by Judge Ishii.....again, and spoke to me on the phone . Guess he did not realized that his information was sent to the State Bar.  Did he mention this to you he really thinks he's smart but to allow Susan Hatmaker to (punk) your husband. Did you know what she made your husband do, after Judge Ishii is aware of what happen. Oh, word in the building is that your dear sweet husband and Ray Horng...you take it from there.

Bernadette, please don't go yelling someone is threatening me or harassing me because you know exactly what Michael did. Please speak with Michael and let know God, family, then work because at the rate he's going he will more than likely end up in federal prison for his misdeeds.

Respectfully,

The Plaintiff Wife: because Black people Love their families also.
P.S: Nobody's stalking you, harassing you, threatening but your husband has done so...speak to him. You should have more power over him than Susan Hatmaker. She's a user and a she-devil, don't be fooled by her. There have been over fifteen (15) people fired from their jobs because of her I can provide names.

EXHIBIT D

| From: | Michelle Rooney |
| To: | Angela Alvarez |
| Cc: | Renee Gaumnitz |
| Date: | 07/07/2015 08:23 AM |
| Subject: | Re: Fw: Order in 12cv633, William Jones |

Angela,

Good morning.  Just received a call from Helen Jones, a relative of William Jones, re the two docket entries I recently put on the docket (documents 105 and 106).  She, again, is saying that the signature on document 106 is not Judge Ishii's.  She, also, had observation about Attorney Susan Hatmaker's email address.  Anyway, she wanted to know who told me to docket these and I told her I was instructed to do so by my supervisor, Angela Alvarez.  I did not give her your direct dial but told her to call the clerk's office

first and ask for you. She is a handful.

| | | |
|---|---|---|
| 06/30/2015 | view | SERVICE BY MAIL: <u>106</u> Order on Motion for Reconsideration served on William Ray Jones Sr.. (Rooney, M) (Entered: 06/30/2015) |
| 06/30/2015 | view <u>106</u> | ORDER DENYING plaintiff's second motion for relief from judgment, document <u>104</u> . Order signed by District Judge Anthony W. Ishii on 6/30/2015. (Rooney, M) (Entered: 06/30/2015) |
| 06/22/2015 | view | SERVICE BY MAIL: 105 Minute Order served on William Ray Jones Sr. (Rooney, M) (Entered: 06/22/2015) |
| 06/22/2015 | view 105 | MINUTE ORDER: (TEXT ENTRY ONLY) The Court is in receipt of a document, <u>104</u> , that is requested to be filed in case number 1:12-CV-633 AWI JLT, which requests reconsideration by plaintiff. Defendant is directed not to respond unless directed to do so by the Court. Minute Order signed by District Judge Anthony W. Ishii on 6/22/2015. (Rooney, M) (Entered: 06/22/2015) |
| 06/19/2015 | view <u>104</u> | MOTION for RECONSIDERATION of Motions for Relief Under FRCP 60(b)(d) 3 and 56, by William Ray Jones, Sr. (Hellings, J) (Entered: 06/19/2015) |

EXHIBIT E

| | |
|---|---|
| From: | &lt;freefalling880@gmail.com&gt; |
| To: | "aespana-purpur@cand.uscourts.gov" &lt;aespana-purpur@cand.uscourts.gov&gt; |
| Date: | 07/07/2015 02:12 PM |
| Subject: | Complaint |

Adele,

We are making a complaint against Michael Sowards, Judge Ishii Law Clerk...I have received

another fraudulent order supposedly signed by Judge Ishii. I just filed a reconsideration on the motions and received a fraudulent order back. This unacceptable and illegal, the clerk of the court Marianne Matherly cannot contain the acts of her employees. We have a lawsuit pending against the Eastern District Employees and the behavior of this court is unacceptable. Judge England is supposedly in charge of these employees and we would like to make a complaint.

William R. Jones

cc: file

EXHIBIT F

From:      <freefalling880@gmail.com>
To:        ": mmatherly@ca.ed.uscourts.gov" "mmatherly@caed.uscourts.gov"
Date:      07/08/2015 09:27 PM
Subject:   Witness & Evidence Tampering "Under the Cover of Law"

I received a phone call from someone identifying himself as US Marshal (Gil Rodriguez) with
the Eastern District Court Fresno, California office. Mr. Rodriguez called our home stating he
wish to speak with me about my Federal Lawsuit against Lehigh Southwest Cement or the
Lawsuit against; the Eastern District Court Employees and Attorneys Susan Hatmaker, Brett
Sutton, Jared Hague, and Joseph Macias. He did not specify which Judge.
   The phone call stated, " Hey Mr. Jones, I spoke to the Judge and he wanted me to tell you that
your case is finished and it's over with. He also stated, " call me at 559-442-2800, so that I
discuss your case with you." The is beyond outrageous, how dare the employees use the US
Marshals Service again to intimidate me and my family regarding our filing a lawsuit This is
definitely against the law, first and foremost, "What Judge." Secondly, I have never heard of a
Federal District Judge using the US Marshal to contact a Pro Se Plaintiff regarding their lawsuit.
As United States citizens we have rights and the Employees of the Eastern District Court, Fresno,
California and the US Marshal Office. The act of intimidating a Plaintiff involved in any federal
court case should be illegal. The actions of officer Rodriguez are criminal and will not be
tolerated.

   We have complained to your office previously regarding the Civil Rights violations, the Federal
Rules of Procedure violation, and the violation of my Constitutional Rights are federal crimes.
Officer Rodriguez intervening in this matter does not make sense. What Federal Judge asks a US
Marshal to call a Pro Se Plaintiff to tell them that their case is over...and he wants to discuss this
case with me. This is the second attempt to dissuade me from filing documents, and continuing
with my case. Before the US Marshals came to my home to intimidate and threaten me in
October 2014.

Again, we have asked your office to intervene with this matter of the employees, forging the
Federal Judge signature, attorney being allowed to write order and sign a Federal Judge name.
This is not only intimidation, this is harassment and they are making threats. As an American
Citizen I ask that your office to intervene into this civil rights violation...what is next to murder
me and my family in our home. I will be making a police report about this phone call and
notifying all other pertinent individuals involved.

   Tampering with a witness is a crime and this crime is being reported. I have every right to
continue to fight for justice in my case and if they don't like it they call the US Marshals....so
that's where taxpayer dollars go intimidating witness also the is the second time the Marshal have
attempted to silence me and my family regarding my lawsuits against them, I'm thinking next
they will bring harm to me and my family. So I will have to report this to the FBI also.

William and Helene Jones
cc: Judge Anthony W. Ishii
    Chief District Judge Morris C. England Jr.
    Federal Bureau of Investigation

EXHIBIT G

| From: | <freefalling880@gmail.com> |
|---|---|
| To: | "aishii@caed.uscourts.gov" <aishii@caed.uscourts.gov> |
| Date: | 07/08/2015 09:54 PM |
| Subject: | Jones-vs-Lehigh Southwest Cement: 01:12-CV-00633-AWI-JLT |

Dear Honorable Judge Ishii;

This may not be acceptable or legal to contact you by e-mail because considering the rules of ex-parte communication, but supposedly you gave Attorney Susan Hatmaker a "Summary Judgment" in May 2014. We filed a "Motion for Relief Under 59 & 60 separately and you supposedly denied the motions that we based upon "Fraud Upon the Court." So on June 22, 2015 you supposedly signed a minute order and advised defendant not to respond unless told to do so by court. However, on June 30, 2015, you supposedly signed an order denying the Reconsideration.

Judge Ishii, we have been trying to contact you the correct way since 2012, when you signed the last order in this case. But all of our attempts have been denied, misdirect and re-route to Attorney Hatmaker who forged your name to a court order. It is very important that you review this case because, there are Civil Rights violations, Constitutional Rights violations, and Federal Procedural Code Rules that have not been adhered too.

Did you make a ruling on this case without the legal language required ? Did you remember the Jones -vs- Lehigh Southwest Cement case ? Harold Nazaroff your former Deputy Clerk, committed acts of fraud upon the court without your knowledge. Judge Ishii, please review this case we also asked you to vacate the judgment, you denied it. Please, it's very important that we resolve this case, thank you.

Helene Jones for William R. Jones Sr.

EXHIBIT H

From: &lt;freefalling880@gmail.com&gt;
To: "lhecker@caed.uscourts.gov" &lt;lhecker@caed.uscourts.gov&gt;
Date: 07/09/2015 01:29 AM
Subject: No Response

Mrs./Ms. Heckr;

Is there a reason why you will not respond to my phone calls/messages or my emails ? I have contacted you for a reason, it's very disheartening that you will not even take the time to respond to me ? Nobody deserves to be treated less than a human being as your title reads civil rights lawyer; is this true or not. Okay, so don't answer my question about Judge Ishii contacting you, but just don't ignore my calls or e-mails. I'm a person and deserve much more than your giving.

I seem to have lost faith in the Fresno Judicial system. All of the corruption, entitlement issues that going on with everyone I have come into contact with is unbelievable. Every law that could be violated has been violated, and nobody answers to anyone. The court employees run the court and are allow to do whatever they please. The Deputy Clerks run the Judges and the Clerk of the Court, the Law Clerks only allow Judges to see what they want. Attorneys can sign Judges names to orders and present these documents as truthful legal orders. As a Pro Se Plaintiff I should be given the same rights as the attorney but no, I can't get a motion pass a cowardly Law Clerk and the Clerk of the Court agrees with this.

Your are a civil rights lawyer, well my civil rights have been violated, trampled on and mostly I have been discriminated against. Because I strongly believe that any white citizen that would have been treated this way, somebody would have rushed to their defense. The court is actually making a difference with the color of a Plaintiff, I have done nothing illegal but file my document and truthful statements.

I'm able to afford to hire you but do you only deal with Fresno citizens and perhaps the only Black people you see are defendants. We are not all criminals we are entitled the rights that were provided for us in 1964, but when you have court employees and law clerks selecting who and what gets by them is criminal.

I'm taken aback by your non-response, at least have the courtesy to return my call Mrs./Ms. Hecker, be a civil rights attorney. This entire ordeal is beyond believe as to what these people

have done. How can an attorney write her own Summary Judgment order sign the judge name and have the case close. I have filed a motion 59 & 60 for relief based upon fraud upon the court but yet they are being denied and not by Judge Ishii. Seriously, I will forward this email to Judge Morris C. England office also. Because I complained to his office to no avail and his deputy clerk sent the US Marshals to are home to intimidate and harass my family.

This is how a Federal Court works, God help us all.

William Jones Sr.

Sent from Windows Mail

EXHIBIT I



Federal Witness Intimidation and Tampering with Evidence
freefalling880
to:
msowards@ead.uscourts.gov
07/11/2015 12:30 PM
Cc:
"internal.affairs@usdoj.gov"
Hide Details
From: <freefalling880@gmail.com>
To: "msowards@ead.uscourts.gov" <msowards@ead.uscourts.gov>
Cc: "internal.affairs@usdoj.gov" <internal.affairs@usdoj.gov>

Mr. Sowards, (Law Clerk for Federal Senior Judge Anthony W. Ishii);

Your racially motivated attacks of intimidation against me will not be tolerated, there is a Federal Lawsuit pending against: Deputy Clerks, Harold Nazaroff, Renee Gamunitz, Stephanie Detsuch and Attorneys, Susan Hatmaker, Brett Sutton, Jared Hague, and Joseph Macias. We know that you and your cohorts (Susan Hatmaker and the employees of the Eastern District Court) would have never attempted this against a white Pro Se Plaintiff. You and Susan Hatmaker are racist and the worst type of racist, the ones that hide behind the law and others. Do you both get your sheets dry cleaned at the same shop? Your poor choice of words in your Order to Show Cause "are you serious" this information is going to Washington, D.C., Attorney General Office, and the Department of Justice. Since you want to continue your campaign of harassment, by involving the US Marshals with your personal vendetta.

You know very well that Judge Ishii has not reviewed the Jones- vs - Lehigh Southwest Cement since 2012. You can write any order you want, but you are not a Judge, you are a Law Clerk for now. I will do what's necessary to protect my family from you and the employees of the Eastern District Court. You seem to have a little authority/control over these inept individuals only if they new the trouble they will eventually be in they would definite jump ship.

Your a coward, and Susan Hatmaker has made you her whipping boy since Harold Nazaroff got fired. That's right continue to protect her because you will sitting right next to her in Federal Court facing charges. Did you really think that I would fall for your sorry attempt to forge orders, and other documents....you have another thing coming.

Will you be sending US Marshals out to our home again, if you do you better be prepared for the consequences of your actions Mr. Sowards. Because, my Father and your determination to "get us" will eventually cause your down fall along with all your cohorts include Susan Hatmaker (that whack job). Your little paydays are over with, your a criminal and I will let that be known. Your family should be important to you, think about how this will effect them...you will never, never, ever be a Federal Judge Mr. Sowards.

Respectfully,

The Jones Family.....

Sent from Windows Mail

EXHIBIT J



**"Order to Show Cause" ....Really Renee....**
freefalling880   to: rgaumnitz⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛          07/15/2015 12:21 PM

I would like a conference time with Judge Ishii for an "Order to Show Cause" calendared for
July 20, 2015. Even though this is calendared with Judge Ishii, why do I have to show cause , the
cause is stated in my current lawsuit. Judge Ishii, never reviewed this case since October 20212.
There is a pending lawsuit 01-15-CV-00757-SKO-LJO, and Judge Ishii is has for an order to
show cause and adding my wife Helene Jones who is not a party to this you better check yourself.
Because we are not going to give up with our pursuit of justice. . I would like to know why I
would have to show cause for anything when I filed a lawsuit with my cause of action was the
misconduct in the prior lawsuit of 01-12-CV-00633-AWI.

This case was closed illegally (01-12-CV-00633-AWI) and now I have an "Order to Show Cause"
including Helene Jones my wife who was not a party to the case. The "Order to Show Cause,"
why I'm filing a lawsuit against  the employees and attorneys. I'm not understanding any of the
on goings that are taking place within the court systems. I have the Eastern District Federal
Court Rules pamphlet however, this situation is not mention in the pamphlet. Clarification is
required on all the this for me as a Pro Se Plaintiff to understand my rights.

Erin Fahey, wrote the order of minute but you place this on calendar for Michael Sowards, in
order for him to use the US Marshals office to intimidate, threat or arrest Mr. and Mrs. Jones.
This attempt to intimidate is really going over board Judge Ishii did not issue this order and you
are aware of this. How long will this continue, you are aiding and abetting Michael Sowards
criminal activity. Judge Ishii will have to issue a bench warrant, because we know for a fact this
is not a request by Judge Ishii and Marianne Matherly is on vacation this week, right. And let it
be know if a bench warrant is issued you better make it stick, cause the whole lot of you are
going to eventually end up in prison.

Also, Renee you should think why things happen to you, why the heartache. You are not right
and if you have a conscience and a soul which I speak to; your conduct and actions will continue
to cause you heart break. You really should think but if you don't have a conscience your not able
to think, but only to do what your told. Honesty in your life might help with your heart break.
You need therapy, you really do. Because if you do the things you have done you don't have a
soul and you go to hell. That's real talk Mrs. Renee. Don't let Mr. Sowards continue to use you
and don't let Susan Hatmaker use you, because you are responsible for own soul. And you have
let it become corrupt. God is still with you for now, but don't let Him take His hands off you
because that will leave you with a reprobate mind:The phrase "reprobate mind" is found in
Romans 1:28 in reference to those whom God has rejected as godless and wicked. They
"suppress the truth by their wickedness," and it is upon these people that the wrath of God rests (
Romans 1:18). This is part of your heartache you cannot be happy.

Read more: http://www.gotquestions.org/reprobate-mind.html#ixzz3fzOtvsup

Hopefully I can scheduled a conference with Judge Ishii, with parties involved, myself  because

as a Pro Se Plaintiff I am not understanding exactly what's going on. Please contact me at your earliest convenience, 510-705-2857, thank you.

William R. Jones Jr.
cc: Internal Affairs : Department of Justice OIG US Marshals Office.

EXHIBIT K



**US Marshal : Enforcers for the US District Court**
freefalling880   to: internal.affairs@usdoj.gov
Cc: ": mmatherly@~~~~~~~~~~~~~~~                                          07/15/2015 12:27 PM

I would like a conference time with Judge Ishii for an "Order to Show Cause" calendared for July 20, 2015. Even though this is calendared with Judge Ishii, why do I have to show cause , the cause is stated in my current lawsuit.  Judge Ishii, never reviewed this case since October 20212. There is a pending lawsuit 01-15-CV-00757-SKO-LJO, and Judge Ishii is has for an order to show cause and adding my wife Helene Jones who is not a party to this you better check yourself. Because we are not going to give up with our pursuit of justice. . I would like to know why I would have to show cause for anything when I filed a lawsuit with my cause of action was the misconduct in the prior lawsuit of 01-12-CV-00633-AWI.

This case was closed illegally (01-12-CV-00633-AWI) and now I have an "Order to Show Cause" including Helene Jones my wife who was not a party to the case. The "Order to Show Cause," why I'm filing a lawsuit against  the employees and attorneys. I'm not understanding any of the on goings that are taking place within the court systems. I have the Eastern District Federal Court Rules pamphlet however, this situation is not mention in the pamphlet. Clarification is required on all the this for me as a Pro Se Plaintiff to understand my rights.

Erin Fahey, wrote the order of minute but you place this on calendar for Michael Sowards, in order for him to use the US Marshals office to intimidate, threat or arrest Mr. and Mrs. Jones. This attempt to intimidate is really going over board Judge Ishii did not issue this order and you are aware of this. How long will this continue, you are aiding and abetting Michael Sowards criminal activity. Judge Ishii will have to issue a bench warrant, because we know for a fact this is not a request by Judge Ishii and Marianne Matherly is on vacation this week, right. And let it be know if a bench warrant is issued you better make it stick, cause the whole lot of you are going to eventually end up in prison.

Hopefully I can scheduled a conference with Judge Ishii, with parties involved, myself  because as  a Pro Se Plaintiff I am not understanding exactly what's going on. Please contact me at your earliest convenience, 510-705-2857, thank you.

William R. Jones Jr.
cc: Internal Affairs : Department of Justice OIG US Marshals Office.